IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| JANIS WILLIFORD, Individually and on Behalf of the Estate of CHARLES WILLIFORD §§§§<br><br>VS.<br><br>ATHENE ANNUITY & LIFE ASSURANCE COMPANY and PROTECTIVE LIFE INSURANCE COMPANY | CIVIL ACTION NO. 9:24-CV-00209<br>JUDGE MICHAEL J. TRUNCALE |

## ACKNOWLEDGEMENT OF JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Court has received the Joint Stipulation of Dismissal with Prejudice [Dkt. 19] filed in the above styled matter. The Court hereby acknowledges that all claims, causes of action, and demands of relief asserted by Plaintiff against Defendants are **DISMISSED WITH PREJUDICE**, effective the date of the joint stipulation.

Accordingly, this matter is **DISMISSED WITH PREJUDICE**, and all attorney's fees and costs shall be taxed against the Party incurring same.

All Court dates and deadlines are hereby **VACATED**, and all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 12th day of March, 2025.**

_____
Michael J. Truncale
United States District Judge